KUNATH et al., Respondents, v. BREMER et al., Appellants. (Supreme Court, Appellate Division, First Department. May 10, 1901.) Action by Oscar Kunath and others against Auguste Bremer and others. S. Feuchtwanger, for appellants. S. S. Terry, for respondents. No opinion. Judgment affirmed, with costs.

LANGDON, Respondent, v. HAWLEY SALT CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by Joseph Langdon against the Hawley Salt Company. No opinion. Judgment and order affirmed, with costs.

LARKINS, Respondent, v. DUNKIRK SAVINGS & LOAN ASS'N et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by Patrick F. Larkins against the Dunkirk Savings & Loan Association and Andrew Dotterweich, impleaded. No opinion. Judgment affirmed, with costs.

LAUFER, Appellant, v. UNION RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 1, 1901.) Action by Emil J. Laufer against the Union Railway Company. No opinion. Judgment of the municipal court affirmed by default, with costs.

LEROY, Respondent, v. ASH et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Van Allen P. Leroy against C. A. Ash and C. M. Clay, Jr. No opinion. Judgment and order affirmed, with costs.

LEVY v. HANNEMAN. (Supreme Court, Appellate Division, First Department. May 17, 1901.) Action by Pauline Levy, an infant, against Louis Hanneman. No opinion. Motion denied.

LIEBMAN, Respondent, v. HURST, Appellant. (Supreme Court, Appellate Division, Second Department. April 26, 1901.) Action by Herman Liebman against Lewis Hurst. No opinion. Judgment affirmed, with costs.

LODER, Appellant, v. LINDSTROM, Respondent. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Cornelius S. Loder against Axel Lindstrom. No opinion. Judgment affirmed, with costs.

LONG ISLAND R. CO., Respondent, v. EICHKERN et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by the Long Island Railroad Company against Rosa Eichkern and Minnie Michrowitch. No opinion. Final order affirmed, with costs. Appeal from interlocutory judgment dismissed, without costs.

LOWE, Respondent, v. PRESS PUB. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1901.) Action by Martha Dorlon Lowe against the Press Publishing Company. No opinion. Motion for leave to appeal to the court of appeals denied.

McALLISTER, Respondent, v. McALLISTER, Appellant. (Supreme Court, Appellate Division, Third Department. May 24, 1901.) Action by Amanda B. McAllister against Charles A. McAllister.

PER CURIAM. Judgment, so far as it awards alimony of $1,200, payable in monthly installments of $100 each, is reversed, and a new trial granted, without costs, unless the plaintiff stipulates to reduce the amount to $600, payable $50 monthly, in which case judgment, as modified, shall be affirmed, without costs to either party.

In re McCABE. (Supreme Court, Appellate Division, Second Department. June 7, 1901.) In the matter of the estate of Sarah Ann McCabe, deceased. No opinion. Decree of the surrogate's court of Westchester county affirmed, with costs.

McCORMICK, Appellant, v. WILDER et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 31, 1901.) Action by James McCormick against Victor A. Wilder and another. No opinion. Order affirmed, with $10 costs and disbursements.

McDERMOTT, Respondent, v. FURNACEVILLE IRON CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 28, 1901.) Action by Ann McDermott, as administratrix, etc., against the Furnaceville Iron Company. No opinion. Judgment and order affirmed, with costs.

McDONALD, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1901.) Action by Lawrence J. McDonald against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

McNAUGHT, Respondent, v. MARVINE, Appellant. (Supreme Court, Appellate Division, Third Department. May 9, 1901.) Action by Robert McNaught against George E. Marvine. From a judgment in favor of plaintiff, defendant appeals. Affirmed. The Cheyenne Consolidated Mining Company was a corporation organized under the laws of this state, and held certain mining lands in Lawrence county, S. D. One A. C. Edgerton was its president, and a creditor to the extent of something over $21,000. This plaintiff and certain other persons were also its creditors, each in several different amounts. In December, 1881, each of such creditors assigned to Edgerton his debt against the company, and took from him a receipt of which the following is a copy, save that the name of the assigning creditor was written in the blank left herein: "In consideration of the assignment to me by —— of his claim against the Cheyenne Consolidated Mining Co., I do hereby agree to endeavor to collect the claim, and to settle with and pay over to said —— the amount really due him by said company. $——. N. Y., Dec. 16, 1881. Signed in the presence of Joseph W. Mitschke. A. C. Edgerton." There is no legitimate evidence of what the arrangement was between Edgerton and such creditors,